IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | * |
| | * |
| **Plaintiff,** | * |
| **v.** | *   **Case No. 1:17-CR-00106-CCB** |
| | * |
| **JEMELL LAMAR RAYAM,** | * |
| | * |
| **Defendant.** | * |

## ORDER

Upon consideration of Defendant's Motion for Permission for Expedited Access to Sealed Transcripts, it is hereby **ORDERED**, this _____ day of September, 2019, that Defendant's counsel be **GRANTED** access to the transcripts (**ECF 195, 197**) to meet the appeal deadline of September 26, 2019.

_____
The Honorable Catherine C. Blake
UNITED STATES DISTRICT JUDGE