IN THE UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

|  |  |
|---|---|
| UNITED STATES ) <br> ) <br> v.   ) <br> ) <br> JEMELL LAMAR RAYAM, ) <br> ) <br> Defendant ) | Crim. No. GLR-17-0106 |

## **NOTICE**

Pursuant to Standing Order 2023-05, the Office of the Federal Public Defender has reviewed the Defendant's pro se motion seeking a reduced sentence under 18 U.S.C. § 3582(c)(2) based on the retroactive application of Amendment 821. This Office will not be filing a supplement to the pro se motion.

Respectfully submitted,

JAMES WYDA
Federal Public Defender for the District of Maryland

 */s/ Sapna Mirchandani*
SAPNA MIRCHANDANI
Assistant Federal Public Defender
6411 Ivy Lane, Suite 710
Greenbelt, MD 20770
(301) 344-0600
*sapna_mirchandani@fd.org*